PUTNAM *v.* SEWELL.

DUCKWORTH, Chief Justice. The exception here is to a final judgment on a petition for certiorari to the Ordinary of Gordon County in an action to remove obstructions from a private way under Code § 83-119. The Supreme Court being without jurisdiction (Code, Ann., §§ 2-3704, 2-3708), the case must be

*Transferred to the Court of Appeals. All the Justices concur.*

No. 17836. SUBMITTED APRIL 14, 1952—DECIDED APRIL 16, 1952.

*James B. Langford,* for plaintiff in error.
*R. F. Chance* and *J. T. Pope Jr.,* contra.